IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| GINA R. LIPARI-WILLIAMS, MARISSA T. HAMMOND, and LUCINDA M. LAYTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PENN NATIONAL GAMING, INC., et al. <br><br> Defendants. | Case No. 5:20-cv-06067-SRB |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully submit this motion for final approval of a class action settlement pursuant to Federal Rule of Civil Procedure 23(e)(2). This motion is unopposed by Defendants.

In support of this motion, Plaintiffs submit Suggestions in Support, which includes the Declaration of Alexander T. Ricke (Class Counsel), the Stueve Siegel Hanson LLP Firm Resume (Ex. 1 to the Ricke Declaration) and the Declaration of Richard W. Simmons of Analytics Consulting LLC (Settlement Administrator). Plaintiffs have also submitted a Motion to Award Attorneys' Fees and Litigation Expenses to Class Counsel and Service Awards to Named Plaintiffs and Opt-In Plaintiff contemporaneous with the filing of this motion.

For the reasons further described in the accompanying Suggestions in Support, this Court should grant Plaintiffs' motion, approve the Settlement Agreement, award Class Counsel attorneys' fees and expenses as requested, and approve the service awards as requested. Class Counsel will submit a Proposed Order Granting Final Approval of Class Action Settlement for the

Court's consideration to the Court's Chambers via e-mail in connection with the final approval hearing.

Dated: May 8, 2023

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*/s/ Alexander T. Ricke*
George A. Hanson, MO Bar No. 43450
Alexander T. Ricke, MO Bar No. 65132
Caleb Wagner, MO Bar No. 68458
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com
wagner@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, MO Bar No. 59343
Michael J. Rahmberg, MO Bar No. 66979
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone: (816) 781-0002
Facsimile: (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 8, 2023, the foregoing document was filed with the Court's CM/ECF system, which served a copy of the foregoing document on all counsel of record.

/s/ *Alexander T. Ricke*

**CLASS COUNSEL**