IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSHEPH DIVISION

## JUDGMENT IN A CIVIL CASE

GINA R. LIPARI-WILLIAMS, )
MARISSA T. HAMMOND, and )
LUCINDA M. LAYTON, on behalf of )
themselves and all others similarly situated, )
)
      Plaintiffs, )
) Case No.: 5:20-cv-06067-SRB
v. )
)
PENN NATIONAL GAMING, INC., et al., )
)
      Defendant. )

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_ Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (Doc. #145), and Plaintiffs' Unopposed Motion for Attorneys' Fees and Expenses to Class Counsel and Service Awards to Named Plaintiff and Opt-in Plaintiff (Doc. #146) are GRANTED.

<u>May 25, 2023</u>　　　　　　　　　　　　　　　　　　　<u>Paige Wymore-Wynn</u>
Date　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Tracey L. Richard</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　(by) Deputy Clerk